# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2021

## NO. 03-20-00141-CV

**Michael L. Bird, Appellant**

**v.**

**Angelique Ledesma, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BYRNE, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BYRNE**

This is an appeal from the final order signed by the trial court on December 10, 2020. Having reviewed the record, the Court holds that Michael L. Bird has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.